■ In the Matter of REUBEN MALAVE, Petitioner, v HOWARD SAFIR, as Police Commissioner of City of New York, et al., Respondents. [704 NYS2d 244] —Determination of respondent Police Commissioner dated October 16, 1998, dismissing petitioner from his position as a police officer, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Harold Tompkins, J.], entered April 2, 1999), dismissed, without costs.

Respondent's finding that petitioner patronized a prostitute in violation of section 104-01 of the Police Department Patrol Guide is supported by substantial evidence, including the testimony of two undercover police officers posing as prostitutes (*see, Matter of McDonald v Safir*, 254 AD2d 234, *lv denied* 92 NY2d 819). In addition, petitioner's own testimony provided substantial evidence in support of the charge that he was unfit for duty by reason of intoxication (*see, Matter of Roberts v Bratton*, 233 AD2d 102, *lv denied* 89 NY2d 815).

We do not find the penalty of dismissal so disproportionate to petitioner's offenses as to shock our sense of fairness (*see, Matter of Pell v Board of Educ.*, 34 NY2d 222, 233). Concur—Williams, J. P., Tom, Rubin and Andrias, JJ.